IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02234-AP

MARY B. MARTINEZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

    For Plaintiff:
    GREGORY J. STYDUHAR, ESQ.
    Koncilja & Koncilja, P.C.
    125 West B Street
    Pueblo, CO 81003
    (719) 543-9591
    greg@konciljaandkoncilja.com

    For Defendant:
    TROY A. EID
    United States Attorney

    KEVIN TRASKOS
    Deputy Chief, Civil Division
    United States Attorney's Office
    District of Colorado

    THOMAS H. KRAUS
    Special Assistant United States Attorney
    Social Security Administration
    1961 Stout Street, Suite 1001A
    Denver, Colorado 80294
    (303) 844-0017
    tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A. **Date Complaint Was Filed:** October 24, 2007

    B. **Date Complaint Was Served on U.S. Attorney's Office:** March 7, 2008

    C. **Date Answer and Administrative Record Were Filed**: May 5, 2008

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that the record is complete and adequate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Both parties state that this case does not involve unusually complicated or out-of-the ordinary claims.

**7. OTHER MATTERS**

Both parties raise no other matters before the Court.

**8. BRIEFING SCHEDULE**

    A. **Plaintiff's Opening Brief Due:** July 14, 2008

    B. **Defendant's Response Brief Due:** September 26, 2008

    C. **Plaintiff's Reply Brief (If Any) Due:** October 10, 2008

### 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:** Plaintiff does not request oral argument

    B.    **Defendant's Statement:** Defendant does not request oral argument.

### 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    A.    **( X ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(  ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

### 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

### 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this <u>6th</u> day of June, 2008.

                                                BY THE COURT:

                                                 *S/John L. Kane*
                                                U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Gregory J. Styduhar
GREGORY J. STYDUHAR
Koncilja & Koncilja, P.C.
125 West B Street
Pueblo, CO 81003
(719) 543-9591
greg@konciljaandkoncilja.com

Attorney for Plaintiff

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado

s/ Thomas H. Kraus
THOMAS H. KRAUS
Special Assistant U.S. Attorney
Social Security Administration
1961 Stout St., Suite 1001A
Denver, Colorado 80294
(303) 844-0017
tom.kraus@ssa.gov

Attorneys for Defendant